Shaun Knox # 13498-073
Name and Prisoner/Booking Number

USP Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑  LODGED ☐
RECEIVED  COPY

SEP 3 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Shaun Rudy Knox,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) K. Lovett,
(Full Name of Defendant)
(2) FNU Lake,
(3) Barbara Von Blanckensee,
(4) Darrin McWhorter,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-378-TUC-CKJ-PSOT
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: USP Tucson

## B. DEFENDANTS

1. Name of first Defendant: __K. Lovett__. The first Defendant is employed as: __USP Tucson__ at __Officer__.
   (Position and Title)                                        (Institution)

2. Name of second Defendant: __FNU Lake__. The second Defendant is employed as: __USP Tucson__ at __Lieutenant__.
   (Position and Title)                                        (Institution)

3. Name of third Defendant: __Barbara von Blanckensee__. The third Defendant is employed as: __USP Tucson__ at __Complex Warden__.
   (Position and Title)                                        (Institution)

4. Name of fourth Defendant: __Darrin McWhorter__. The fourth Defendant is employed as: __USP Tucson__ at __Complex Captain__.
   (Position and Title)                                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Knox__ v. __Blanckensee__
      2. Court and case number: __D. Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 8th Amendment</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff is a federal inmate in the Special Housing Unit ("SHU") of USP Tucson. In early-2020 the plaintiff received a letter indicating that his brother had died suddenly. Plaintiff has a lengthy history of struggling with both anxiety and depression. Following the death of his brother plaintiff became severely depressed and suicidal. He repeatedly requested admission to the USP Tucson 'CHALLENGE' Program, a therapeutic residential community program but was denied due to being housed in SHU. Plaintiff expressed suicidal ideation repeatedly prior to May 23, 2020 to defendant Blanckensee who took no action in response. On May 23, 2020 beginning at midnight plaintiff expressed to defendant Lovett every 30 minutes that he was suicidal. Lovett laughed and used profanity toward plaintiff. At 3AM plaintiff told defendant Lake he felt suicidal to which Lake responded "I don't care Knox." BOP policy required Lovett and Lake to initiate a suicide watch immediately and notify an on-duty doctor in the psychology department. Neither did so although both were trained by the BOP to do so. At 4:30AM plaintiff attempted suicide by hanging himself with a bedsheet around his neck and secured to a shower head in his cell.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Neck injury, pain, suffering, loss of oxygen to the brain.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Unit team staff failed to respond, provide forms for the next level, and frequently screamed at me for trying to file on this.

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 8th Amendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer (circled)
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Supporting facts of Count I are reincorporated here too. When defendant Lovett found plaintiff hanging at 4:30AM on 5-23-20 he angrily yelled "Oh you want to die Knox?" and opened the trayport in the cell door and sprayed plaintiff with Oleoresin Capsicum onto plaintiff's face and upper torso causing temporary blindness, respiratory distress, and severe pain. Lovett then secured the trayport and departed to call defendant Lake. 15 minutes later Lovett and Lake arrived back to the cell directing verbal abuse at plaintiff and placed him into restraints consisting of shackles around his ankles, hands cuffed and secured to his waist using a chain and black box to inhibit movement. The restraints were so tight they abraded the skin around plaintiff's waist and caused severe swelling and numbness in his hands due to constricted circulation. The plaintiff was placed in "paper clothing" and remained restrained for several hours.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Severe pain, temporary blindness, respiratory distress, swelling and numbness in hands, abrasions to skin around waist, mental and emotional trauma.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Same as Count I</u>

# COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 8th Amendment</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Facts of Count I and II reincorporated here. Defendants Blanckensee and McWhorter set the conditions for the USP Tucson SHU. They supervise, train and discipline the SHU officers. They dictate how inmates are treated, what they can and cannot have, how long they remain in SHU, and set local policies. USP Tucson is a "Care Level 3" facility that houses the second highest classification of mentally ill inmates. Blanckensee and McWhorter decided beginning in 2018 that mentally ill inmates engaging in self mutilation would be treated as discipline matters and rejected the advice and recommendations of their psychologists. They removed radios from SHU meant to provide mental and emotional stimulus. They directed staff to charge inmates who engage in self-harm with discipline code 228 which carries mandatory loss of Good Conduct Time and privileges such as telephone and visitation access to family. They directed that suicide watch inmates not receive a mattress and be forced to sleep on concrete. They eliminated books and magazines. They routinely housed mentally ill inmates alone. When psychology staff urged them to release inmates from SHU due to its detrimental effect, they universally rejected such recommendations. Plaintiff was subjected to all of these punitive actions in response to his depression, anxiety and suicide attempts.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Same as Count I and II

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Same as Count I

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1. Compensatory and punitive damages in an amount to be proven at trial.
2. Injunction enjoining defendant Blanckensee from continuing the punitive treatments of mentally ill inmates in Count II and enjoining her from acting contrary to the recommendations of BOP Psychologist's regarding SHU inmates.
3. Award plaintiff costs and fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-31-20
              DATE

_____
SIGNATURE OF PLAINTIFF
Shawn Knox

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6