# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun Rudy Knox,<br><br>　　　　Plaintiff,<br><br>v.<br><br>K. Lovett, et al.,<br><br>　　　　Defendants. | **NO. CV-20-00378-TUC-CKJ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 14, 2022, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 14, 2022

　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　By　　Deputy Clerk